IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

DONALD COLEMAN                                                                                               PLAINTIFF

v.                                   NO. 3:15-cv-00187 PSH

CAROLYN W. COLVIN, Acting Commissioner                                          DEFENDANT
of the Social Security Administration

### ORDER

Plaintiff Donald Coleman ("Coleman") has filed the pending motion to dismiss his complaint. See Document 7. He represents in his motion that he filed this civil action prematurely. The Court has contacted a representative of defendant Carolyn W. Colvin ("Colvin") and learned that Colvin does not object to the granting of Coleman's motion.

For good cause shown, Coleman's motion to dismiss is granted pursuant to Federal Rule of Civil Procedure 41. His complaint is dismissed without prejudice.

IT IS SO ORDERED this 4th day of September, 2015.

_____
UNITED STATES MAGISTRATE JUDGE